**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 403 EAL 2018

          Respondent           :

                                     :    Petition for Allowance of Appeal from

                                     :    the Order of the Superior Court

          v.                    :

                                       :

KENNETH RICHARDS,               :

                                       :

          Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.